**The relief described hereinbelow is SO ORDERED.**

**Signed October 12, 2021.**

_____
**H. CHRISTOPHER MOTT**
**UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| JFAL HOLDING COMPANY LLC, | § | CASE NO. 21-30285-HCM |
| | § | CHAPTER 11 |
| | § | |
| DEBTOR | § | Hearing Date: October 14, 2021 |

**AGREED ORDER SETTING DEADLINES AND GRANTING OTHER RELIEF**

On this day, came on for consideration the Motion of the United States Trustee to Dismiss Case (the "Motion"). Having considered the record before the Court, the Court finds that the agreement of the parties to set certain deadlines should be approved.

**IT IS THEREFORE HEREBY ORDERED THAT:**

1. The debtor shall file the monthly reports for April 2021, May 2021, June 2021, July 2021, and August 2021 on or before October 18, 2021. The debtor shall pay all outstanding quarterly fees due pursuant to 28 U.S.C. § 1930(a)(6) on or before October 29, 2021.

2. The debtor shall file a disclosure statement and plan of reorganization on or before November 1, 2021.

3. The debtor shall obtain an order confirming the plan of reorganization no later than December 31, 2021.

4. The debtor shall timely file complete monthly operating reports and timely pay all quarterly fees owed under 28 U.S.C. § 1930(a)(6).

5. The debtor's failure to comply with any provision of this order will result in dismissal of this case, without further notice and hearing, upon filing of a certificate of non-compliance to this Court by the Office of the United States Trustee. The debtor agrees not to seek any extensions of the deadlines in this Order without the prior consent of the United States Trustee.

###

**AGREED:**

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE
REGION 7
Southern and Western Districts of Texas

By: **/s/ James W. Rose, Jr.**
JAMES W. ROSE, JR.
Trial Attorney
Texas Bar No. 17251900
Office of the U.S. Trustee
615 E. Houston St., Room 533
San Antonio, Texas 78205
(210) 472-4646
(210) 472-4649 Fax
E-mail: james.rose@usdoj.gov

WEYCER, KAPLAN, PULASKI & ZUBER, P.C.

By: /s/ Jeff Carruth by JWR w/permission
JEFF CARRUTH
State Bar No. 24001846
3030 Matlock Rd., Suite 201
Arlington, Texas 76105
713-341-1158 (Tel)
866-666-5322 (Fax)
jcarruth@wkpz.com

ATTORNEY FOR DEBTOR

Submitted by:
James W. Rose, Jr.
Trial Attorney
State Bar No. 17251900
615 E. Houston St., Room 533
San Antonio, TX 78205
(210) 472-4640
(210) 472-4649 Fax