**The relief described hereinbelow is SO ORDERED.**

**Signed November 08, 2021.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**

_____

**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | |
|---|---|
| IN RE: § | |
| § | |
| JFAL HOLDING COMPANY LLC, § | CASE NO. 21-30285-HCM |
| § | CHAPTER 11 |
| § | |
| DEBTOR § | |

### AGREED ORDER REGARDING STIULATION OF DISMISSAL OF CASE

In furtherance of the *Agreed Order Setting Deadlines and Granting Other Relief* (Docket No. 60) (the "*Prior Order*"), the Debtor and the U.S. Trustee stipulate to the dismissal of this case as set forth in this Order.

In light of the foregoing, and in furtherance of the Prior Order**, IT IS THEREFORE ORDERED THAT** this case is hereby dismissed. The Debtor shall file any outstanding operating report and pay any outstanding quarterly fees within 14 days of November 4, 2021.

###

**AGREED:**

KEVIN M. EPSTEIN
UNITED STATES TRUSTEE
REGION 7
Southern and Western Districts of Texas


By: **/s/ James W. Rose, Jr.**
JAMES W. ROSE, JR.
Trial Attorney
Texas Bar No. 17251900
Office of the U.S. Trustee
615 E. Houston St., Room 533
San Antonio, Texas 78205
(210) 472-4646
(210) 472-4649 Fax
E-mail: james.rose@usdoj.gov


WEYCER, KAPLAN, PULASKI & ZUBER, P.C.


By: ____/s/ Jeff Carruth_____
JEFF CARRUTH
State Bar No. 24001846
3030 Matlock Rd., Suite 201
Arlington, Texas 76105
713-341-1158 (Tel)
866-666-5322 (Fax)
jcarruth@wkpz.com

ATTORNEY FOR DEBTOR

Submitted by:
James W. Rose, Jr.
Trial Attorney
State Bar No. 17251900
615 E. Houston St., Room 533
San Antonio, TX 78205
(210) 472-4640
(210) 472-4649 Fax